FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 21 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Cardenas<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 08-1104<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __def_____, IT IS ORDERED that a detention hearing is set for __Wednesday  5/27/09__, at __1:30__ ☐a.m. / ☒p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __5/21/09__                    _____
                                     U.S. District Judge/Magistrate Judge      ROBERT N. BLOCK

---

CR-66 (10/97)           ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
                                                                                          Page 1 of 1